## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

**Date: 11/2/12**

| | |
|---|---|
| In re: | Case No.  12–28809 – TJC |
| **Monica Patricia McGinley**<br>**Debtor(s)** | Chapter   13 |
| **Plaintiff(s)**<br>**Monica McGinley** | Adversary No.  12–00745 |

vs.

**Defendant(s)**
**Central Mortgage Company**
**PNC Mortgage Bank**

# DEFICIENCY NOTICE

DOCUMENT: 1 – Adversary case 12–00745. (21 (Validity, priority or extent of lien or other interest in property)) Complaint by Monica McGinley against Central Mortgage Company , PNC Mortgage Bank. (Attachments: # (1) Adversary Cover Sheet) (O'Connor, Janine)

PROBLEM: The pleading is not captioned correctly listing the Plaintiff and Defendant and the complaint is not correctly titled. (Federal Bankruptcy Rule 7010(a) or 9004(b) or Local Bankruptcy Rule 9013–3(a).

CURE: A pleading that is correctly captioned and/or titled must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 11/16/12.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/after–filing**

                                              Mark D. Sammons, Clerk of Court
                                              by Deputy Clerk, Janine O'Connor  301–344–3918

cc:

Form defntc (01/06)