UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GRRENBELT DIVISION

In re:  Monica McGinley   )
        )
        )
   Debtor(s)   )
        )  BK No. 12-28809
        )  CHAPTER 13
        )
        )
        )

FILED
OCT 31 2012
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## DEBTORS' NOTICE AND/OR REQUEST FOR ALTERNATIVE DISPUTE RESOLUTION/LOSS MITGATION

I am the Debtor in the above case. Pursuant to and in accordance with Maryland Code, Real Property Article § 7-105.1(g)(1), and the rules of the Bankruptcy Court, I hereby request Alternative/ Dispute Resolution (ADR) and/or loss mitigation (LM) proceedings with respect to: (a) property known as 18933 Treebranch Terrace, Germantown, Maryland 20876 and alleged creditor CMC who has alleged that it is the holder of the note and deed of trust pertaining to this property and (b) 36 Thomas Court, Montross, Virginia 22520 , and alleged creditor PNC Bank Mortgage who has alleged that it is the holder of the note and Deed of Trust pertaining to this property.

NAME AND MAILING ADDRESS OF ENTITY CLAIMING TO BE CREDITOR:

A. Central Mortgage Company,    801 John Barrow rd, ste 1, Little Rock, AR 72205
B. PNC Mortgage                 3232 Newmark dr, Miamisburg, OH 45342

I further certify that I will make regular monthly payments beginning with the payment due on December 1, 2012 during the ADR and/or LM period based on my

Chapter 13 plan into the registry of the Court until such time that the Court determines who is the real note holder and/or secured party of my mortgages:

    A.    $550

    B.    $550

SIGN: _[signature]_       DATE: 31 Oct 2012

Respectfully submitted,

_[signature]_
Monica McGinley, Pro Se
19710 Maycrest Way
Germantown, Maryland
301-916-1913    (Home)
301-537-7439    (Cell)

## CERTIFICATE OF MAILING

I hereby certify that on this 31st day of October, 2012, the above Debtor's Notice And/Or Request for Alternative Dispute Resolution And/Or Loss Mitigation was mailed first class mail postage prepaid to the following:

1. Central Mortgage Company
   801 John Barrow rd, ste 1
   Little Rock, AR 72205

2. PNC Mortgage bank
   3232 Newmark drive
   Miamisburg, OH 45342

_[signature]_
Monica McGinley

2