## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

**Date: 11/2/12**

| | |
|---|---|
| **In re:** | **Case No.   12–28809 – TJC** |
| **Monica Patricia McGinley** | **Chapter   13** |
| **Debtor(s)** | |
| **Plaintiff(s)** | **Adversary No.   12–00745** |
| **Monica McGinley** | |
| **vs.** | |
| **Defendant(s)** | |
| **Central Mortgage Company** | |
| **PNC Mortgage Bank** | |

# DEFICIENCY NOTICE

DOCUMENT: 3 – Debtors' Notice and/or Request for Alternative Dispute Resolution/Loss Mitigation on behalf of Monica McGinley Filed by Monica McGinley (related document(s)1 Complaint filed by Plaintiff Monica McGinley). (O'Connor, Janine)

**All deficiencies must be cured by 11/16/12.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/after–filing**

                                            Mark D. Sammons, Clerk of Court
                                            by Deputy Clerk, Janine O'Connor  301–344–3918

cc:

Form defntc (01/06)