IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 12-2889-TJC** |
| Monica Patricia McGinley ) | |
| ) | **Chapter 13** |
| Debtor(s) ) | |
| ) | |
| Plaintiff(s) ) | **Adversary No. 12-00745** |
| Monica McGinley ) | |
| ) | |
| Defendant(s) ) | |
| Central Mortgage Company ) | |
| PNC Mortgage Bank ) | |

## **ORDER**

Upon consideration of Plaintiff Monica Patricia McGinley's Motion For An Extension of Time, and it appearing proper and just, it is this _____day of_____, 2012, hereby

ORDERED that Plaintiff Monica Patricia McGinley's Motion For An Extension of Time is hereby GRANTED and it is further;

ORDERED that Plaintiff Monica Patricia McGinley shall have until November 29, 2012, in which to cure deficiencies related to her adversary complaint and request for ADR.

_____
JUDGE OF THE UNITED STATES
BANKRUPTCY COURT