IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 12-28809-TJC** |
| Monica Patricia McGinley ) | |
| ) | **Chapter 13** |
| Debtor(s) ) | |
| ) | |
| Plaintiff(s) ) | **Adversary No. 12-00745** |
| Monica McGinley ) | |
| ) | |
| vs. ) | |
| ) | |
| Defendant(s) ) | |
| Deutsche Bank ) | |
| Central Mortgage Company ) | |
| PNC Mortgage Bank ) | |

### DEBTORS' CORRECTED NOTICE AND/OR REQUEST FOR ALTERNATIVE DISPUTE RESOLUTION/LOSS MITGATION

I am the Debtor in the above case. Pursuant to and in accordance with Maryland Code, Real Property Article § 7-105.1(g)(1), and the rules of the Bankruptcy Court, I hereby request Alternative/ Dispute Resolution (ADR) and/or loss mitigation (LM) proceedings with respect to: (a) property known as 18933 Treebranch Terrace, Germantown, Maryland 20876 and alleged creditor Deutsche Bank National Trust Company and Central Mortgage Company whom have alleged that they are the holder of the note and deed of trust pertaining to this property and (b) 36 Thomas Court, Montross, Virginia 22520 , and alleged creditor PNC Bank Mortgage who has alleged that it is the holder of the note and Deed of Trust pertaining to this property.

NAME AND MAILING ADDRESS OF ENTITY CLAIMING TO BE CREDITOR:

    A.    Deutsche Bank National Trust Company, C/O EMC Mortgage Corporation, 345 Vision Drive, Columbus, Ohio 43219.

    B.    Central Mortgage Company, located at 801 Jon Barrow Road, Suite 1, Little Rock, Arkansas 72205 and

    C.    PNC Mortgage Bank located at 3232 Newmark Drive Miamisburg, Ohio 45342.

    Respectfully Submitted,

    /s/
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
P.O. Box 6021
Suite 301
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-322-1704 (fax)
joamyl@aol.com

Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November 2012, a copy of the foregoing Debtor's Notice and/or Request for Alternative Dispute Resolution/Mediation was served upon the Creditors and Trustee by regular mail postage prepaid and by electronic filing to:

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Road
Suite 401
Bowie, Maryland 20716 (Electronic Filing)

Mark D. Meyer
Rosenberg & Associates
3710 Woodmont Avenue
Suite 750
Bethesda, Maryland 20814
Attorney for CMC (Electronic Filing)

PNC Mortgage
3232 Newmark Drive
Miamisburg, Ohio 45342 (by Regular Mail)

/s/
Jo Ann P. Myles

3