Form sumprtrl (01/10)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

| | | |
|---|---|---|
| **In Re:** | Case No.: | 12–28809 |
| Monica Patricia McGinley | Chapter: | 13 |
| Debtor(s) | | |
| | Adversary No.: | 12–00745 |
| Plaintiff(s) | Judge: | Thomas J. Catliota |
| Monica McGinley | | |

VS.

Defendant(s)
Central Mortgage Company
PNC Mortgage Bank
Deutsche Bank National
Trust Company as Trustee
for Harborview 2006–BUI

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Joann P. Myles
> Law Office of Jo Ann P. Myles
> 9701 Apollo Drive
> Suite 301
> Largo, MD 20774

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

> 1/23/13 at 10:00 AM

> 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

Dated: 12/3/12



Mark D. Sammons, Clerk of Court
by Deputy Clerk, Janine O'Connor

301–344–3918



Dec 03, 2012
s/ Mark D. Sammons
Clerk of the
Bankruptcy Court