

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at GREENBELT

| | |
|---|---|
| In Re: | |
| Monica Patricia McGinley | Case No.    12-28809-TJC |
| Debtor | Chapter    13 |
| Monica Patricia McGinley | |
| Plaintiff | |
| vs. | Adversary No.    12-00745 |
| Central Mortgage Company, *et al.* | |
| Defendants | |

### ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is a motion to dismiss filed by Deutsche Bank National Trust Company as Trustee for Harborview 2006-BU1 ("Deutsche Bank") and Central Mortgage Company ("Central Mortgage") for lack of subject matter jurisdiction and for failure to state a claim for which relief may be granted. The plaintiff, Monica Patricia McGinley, filed an opposition and the Court scheduled a hearing on the motion to dismiss and the opposition on April 8, 2013, at which Deutsche Bank and Central Mortgage failed to appear.

2

It is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion to dismiss is denied, without prejudice.

cc:  All parties
     All counsel

**END OF ORDER**