IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 12-2889-TJC** |
| Monica Patricia McGinley ) | |
| ) | **Chapter 13** |
| Debtor(s) ) | |
| ) | |
| Plaintiff(s) ) | **Adversary No. 12-00745** |
| Monica McGinley ) | |
| ) | |
| ) | |
| Defendant(s) ) | |
| Central Mortgage Company ET. AL. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISSMISSAL OF**
**HOEPA AND HOBBS ACT CLAIMS**

Plaintiff Monica McGinley by and through the undersigned Counsel hereby voluntarily dismisses her Home Ownership and Equity Protection Act ("HOEPA") and HOBBS Act claims against Defendants Central Mortgage Company and Deutsche Bank as it pertains to her 18933 Treebranch Terrace, Germantown, Maryland property only.

1

Respectfully Submitted,

/s/     Jo Ann P. Myles
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
P.O. Box 6021
Suite 301
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
1-240-324-4848 (fax)
joamyl@aol.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2013, a copy of the foregoing Plaintiff's Voluntary Dismissal of HOEPA and Hobbs Act Claims was served upon the Defendants by electronic filing to:

William M. Savage, Esq.
Shapiro, Brown & Alt, LLP
10021 Balls Ford Road
Suite 200
Manassas, Virginia 20109
Counsel Defendants CMC and Deutsche Bank

Hillary G. Benson, Esq.
Ballard Spahr, LLP
4800 Montgomery Lane
Suite 700
Bethesda, Maryland 20814-3401
Counsel for Defendant PNC

/s/     Jo Ann P. Myles
Jo Ann P. Myles

2